PNP, INC., ET AL., APPELLANTS, *v.* OHIO DEPARTMENT OF
JOB AND FAMILY SERVICES ET AL., APPELLEES.

[Cite as *PNP, Inc. v. Ohio Dept. of Job & Family
Servs.,* 114 Ohio St.3d 70, 2007-Ohio-2880.]

(No. 2006–0768—Submitted May 23, 2007—Decided June 27, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Ohio Academy of Nursing Homes v. Ohio Dept. of Job & Family Servs.,* 114 Ohio St.3d 14, 2007-Ohio-2620, 867 N.E.2d 400..

MOYER, C.J., PFEIFER, O'CONNOR, O'DONNELL and CUPP, JJ., concur.

LUNDBERG STRATTON and LANZINGER, JJ., concur for the reasons stated in their concurring in part and dissenting in part opinion in *Ohio Academy of Nursing Homes v. Ohio Dept. of Job & Family Servs.*

Geoffrey E. Webster, for appellants.

Marc Dann, Attorney General, and Rebecca L. Thomas, Assistant Attorney General, for appellees.